RECEIVED APR 06 2021 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-32 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| MATTHEW PATRICK LANGENBERG, | ) ) ) | T. 18 U.S.C. § 2252(a)(2) T. 18 U.S.C. § 2252(a)(4)(B) T. 18 U.S.C. § 2252(b)(1) |
| Defendant. | ) ) ) | T. 18 U.S.C. § 2252(b)(2) T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Receiving Child Pornography)**

On or between July 30, 2019 and August 17, 2020, in the Southern District of Iowa, the defendant, MATTHEW PATRICK LANGENBERG, did knowingly receive, and attempt to receive, visual depictions that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the producing of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Possession of Child Pornography)**

On or about August 14, 2020, in the Southern District of Iowa, the defendant, MATTHEW PATRICK LANGENBERG, did knowingly possess one (1) or more items containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, prepubescent minors, and minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct as defined in Title 18, and United States Code, Section 2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in any or all of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, MATTHEW PATRICK LANGENBERG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a.    Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped,

received, or possessed as alleged in Counts 1 and 2 of this Indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and,

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney

3